IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERICA HENDERSON,

      **Plaintiff,**

  -vs-

ARMSTRONG INTERNATIONAL, INC., et al.

      **Defendant.**                    NO.  14-cv-555-DRH

## ORDER

**HERNDON, Chief Judge**

    Pursuant to 28 U.S.C. §455, the undersigned judge hereby RECUSES himself from further proceeding in the above-entitled matter.  Through random draw, the Clerk of the Court has reassigned this matter to United States District Judge Nancy J. Rosenstengel.  All further documents filed in this matter shall bear case number 14-cv-555-NJR-SCW.

**IT IS SO ORDERED.**

**DATED:** May 21, 2014

Digitally signed by
David R. Herndon
Date: 2014.05.21
16:11:52 -05'00'

**CHIEF JUDGE**
**U.S. DISTRICT COURT**